# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2024 KW 0648

**OCTOBER 7, 2024**

---

In Re:    Terry Flanagan, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 12-17-0511.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT GRANTED.** The trial court is ordered to act on relator's "Motion to Correct an Illegal Sentence," filed June 10, 2024, on or before November 6, 2024. A copy of the trial court's action shall be filed in this court on or before November 13, 2024.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT